JOHN SAUNDERS
v.
CHARLES PELTIER AND JOHN WHIPPLE

1811

JOURNAL ENTRIES

1. Declaration filed; plea; issue; continuance . . *Journal, infra,* *p. 358
2. Special bail . . . . . . . . . . . . . " 360

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . .
3. Declaration (against Whipple) . . . . . . . . . :